# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| MANUEL CALLOWAY AND DREW SILLER CALLOWAY | * | CIVIL ACTION NO. 18-0992 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| COLOPLAST CORP. AND ABC INSURANCE CO. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 26] and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Coloplast Corp.'s Motion to Dismiss [Doc. No. 8] is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Coloplast Corp.'s alternative motion to dismiss [Doc. No. 30] is DENIED AS MOOT.

Monroe, Louisiana, this 17th day of May, 201.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE